NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY W. GOETZ,           )
                            )
        Appellant,          )
                            )
v.                          )      Case No. 2D18-3207
                            )
AMY CARROLL,                )
                            )
        Appellee.           )
_____ )

Opinion filed June 14, 2019.

Appeal from the Circuit Court for Lee
County; Amy Hawthorne, Judge.

Gregory W. Goetz, pro se.

Amy Carroll, pro se.


PER CURIAM.

        Affirmed.


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.